1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5  LARRY L. LOWRY, JR,

               Plaintiff,

6

7  v.

8  WASHINGTON STATE DEPT OF CORRECTIONS, et al.,

9                 Defendants.

CASE NO. C15-5646 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

10

11  This matter comes before the Court on the Report and Recommendation ("R&R")

12  of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 9. The Court

13  having considered the R&R and the remaining record, and no objections having been

14  filed, does hereby find and order as follows:

15      (1)    The R&R is **ADOPTED**; and

16      (2)    This action is **DISMISSED without prejudice** for failure to prosecute.

17  Dated this 22nd day December, 2015.

18
19
20

BENJAMIN H. SETTLE
United States District Judge

21
22

ORDER